1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 10-00012 EJD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FOR DEFENDANT SEUNG KI HONG |
| vs. | |
| SEUNG KI HONG, | |
| Defendant. | |

   GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for Monday, May 21, 2012, is hereby rescheduled for Monday, June 11, 2012 at 1:30 p.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between May 21 and June 11, 2012, shall be excluded from calculations under the Speedy Trial Act.  Because of the substantial progress being made towards resolution of this case, and because defense counsel is sitting as a trial juror in state court on May 21, the court files that the interests of justice in allowing for continuity of defense counsel and for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

Dated: May __21__, 2012

_____
HON. EDWARD J. DAVILA
United States District Court Judge

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE – *United States v. Hong*, CR 10-00012 EJD