1  Daniel L. Barton, SBN 135806
   NOLAN, ARMSTRONG & BARTON, LLP
2  600 University Avenue
   Palo Alto, California 94301
3  650/326-2980 – Telephone
   650/326-9704 – Facsimile
4  dbarton@nablaw.com

5  Attorney for Defendant Seung Ki Hong

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 10-00012 EJD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE FOR DEFENDANT SEUNG KI HONG** |
| vs. | |
| SEUNG KI HONG, | Before the Honorable Judge Edward J. Davila |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Jeffrey Nedrow, and defendant Seung Ki Hong through undersigned counsel, Daniel L. Barton, that the sentencing date for Mr. Hong, presently set for October 15, 2012, at 1:30 p.m. be continued to Monday, December 3, 2012, at 1:30 p.m.

The request for a continuance is in order to provide additional time for the United States Probation Office to prepare a presentence report and to provide ample time for defendant and the government to comment on the report.

Assistant United States Attorney Jeffrey Nedrow and United States Probation Officer Benjamin Flores do not object to the continuance and have agreed to the December 3, 2012 date.

//

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING – *U.S. v. Hong*, CR 10-00012 EJD

IT IS SO STIPULATED:

Dated: October 4, 2012							NOLAN, ARMSTRONG & BARTON LLP

											/s/
											_____
											DANIEL L. BARTON
											Attorney for Defendant Seung Ki Hong

Dated: October 4, 2012							/s/
											_____
											JEFFREY NEDROW
											Assistant United States Attorney

## **ATTESTATION PER GENERAL ORDER 45**

I, Daniel L. Barton, am the ECF User whose ID and password being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Assistant U.S. Attorney Jeffrey Nedrow has concurred with this filing.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>SEUNG KI HONG,<br><br>            Defendant. | Case No.: CR 10-00012 EJD<br><br>[~~PROPOSED~~] ORDER TO CONTINUE SENTENCING DATE FOR DEFENDANT SEUNG KI HONG |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing hearing in this matter now scheduled for Monday, October 15, 2012, is hereby rescheduled for Monday, December 3, 2012 at 1:30 p.m.

Dated: October  5 , 2012

_____
HON. EDWARD J. DAVILA
United States District Court Judge