1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

8

**SAN JOSE DIVISION**

9

10

UNITED STATES OF AMERICA,                    Case No.: CR 10-00012 EJD

11

                    Plaintiff,

12

                                             **[PROPOSED] ORDER TO CONTINUE
                                             SENTENCING DATE FOR DEFENDANT
                                             SEUNG KI HONG**

13

          vs.

SEUNG KI HONG,

14

                    Defendant.

15

16

17          GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing hearing in

18   this matter now scheduled for Monday, December 3, 2012, is hereby rescheduled for Monday,

19   January 14, 2013 at 1:30 p.m.

20

21   Dated:  November __21_, 2012

22                                             HON. EDWARD J. DAVILA
                                               United States District Court Judge

23

24

25

26

27

28